IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00077-STV

AIMEE MORRISON

    Plaintiff,

v.

JAMES BEEMER

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case and pursuant to Fed. R. Civ. P 58(a), the following FINAL JUDGMENT is hereby entered.

Pursuant to the Order on the Motion to Dismiss entered by the Honorable Scott T. Varholak on October 7, 2021 and the Minute Order entered by the Honorable Scott T. Varholak on November 3, 2021, it is

ORDERED that all of Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the case is DISMISSED and judgment enter in favor of the Defendant, James Beemer and against Plaintiff, Aimee Morrison.

DATED at Denver, Colorado this 3rd day of November, 2021.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK
    s/M. Ortiz
    M. Ortiz, Deputy Clerk